# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**-vs-**  Case No. 6:98-cr-16-Orl-18DAB

**ROGER SHERMAN GASTON**

_____

## ORDER

This cause came on for consideration without oral argument on the motion of Defendant Roger Sherman Gaston for Retroactive Application of Amendment 706 to the United States Sentencing Guidelines (Doc. No. 144, filed Mar. 4, 2009). Gaston was sentenced to life imprisonment according to a mandatory minimum sentence required by his offense of conviction. (Doc. No. 85 at 1, filed Jun 29, 1998.) Thus, Amendment 706 "does not have the effect of lowering the defendant's applicable guideline range," and Gaston is therefore ineligible for a reduction. *E.g.*, *United States v. Gamble*, 310 F. App'x 314, 316 (2009) (citing *United States v. Williams*, 549 F.3d 1337, 1340-42 (11th Cir. 2008)).

The motion of Defendant Roger Sherman Gaston for Retroactive Application of Amendment 706 to the United States Sentencing Guidelines (Doc. No. 144, filed Mar. 4, 2009) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on this _1st_ day of June, 2009.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies furnished to:

United States Attorney
Counsel for Defendant
Defendant